# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**759**

**CA 10-02170**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

---

KEITH MCDAY, CLAIMANT-APPELLANT,

V                                                                    ORDER

STATE OF NEW YORK, DEFENDANT-RESPONDENT.
(CLAIM NO. 116701.)

---

KEITH MCDAY, CLAIMANT-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATHLEEN M. ARNOLD OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------------------------------------

Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered July 1, 2010.  The order denied the motion of claimant for partial summary judgment.

Now, upon reading and filing the stipulation of settlement and discontinuance signed by claimant on April 5, 2011 and by the attorney for defendant on April 8, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court